UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 2 4 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| GABRIEL J. VAMBOI, ) | 4:22-CR-00471-HEA/JMB |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On July 12, 2022, in St. Louis County, State of Missouri, within the Eastern District of Missouri, the defendant **GABRIEL J. VAMBOI** did knowingly and intentionally possess with intent to distribute to another person a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT II

The Grand Jury further charges that:

On July 12, 2022, in St. Louis County, State of Missouri in the Eastern District of Missouri, **GABRIEL J. VAMBOI,** the defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, a FN FNS-9 9mm semiautomatic pistol, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) as set forth in Count I of this indictment, the defendants, **GABRIEL J. VAMBOI,** shall forfeit to the United States of America any property, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation/s and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations.

2. Subject to forfeiture upon a conviction of Count I is a sum of money equal to the total property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such violations.

3. The specific property subject to forfeiture includes, but is not limited to, the following:

    a. One thousand, nine-hundred and seventy dollars ($1,970.00) in United States Currency located and seized by law enforcement from **GABRIEL J. VAMBOI** on July 12, 2022.

    b. A FN FNS-9 9mm semi-automatic pistol, seral number GKU0114997, located and seized by law enforcement from **GABRIEL J. VAMBOI** on July 12, 2022.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN R. MANTOVANI #50867MO
Assistant United States Attorney